[No. 25961-0-I.   Division One.   August 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOEL GAGE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-05434-7, Anne L. Ellington, J., entered April 10, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 25630-1-I.   Division One.   August 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL WILLIAM KLUSMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-04504-1, Jim Bates, J., entered February 9, 1990. *Remanded* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Agid, JJ.

[No. 24585-6-I.   Division One.   August 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL FASHAW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-00621-5, George T. Mattson, J., entered July 17, 1989. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Webster, A.C.J., and Coleman, J.